UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SENTENCE MINUTES**

CASE NO:     1:07-cr-239-06
DATE:        November 2, 2009
TIME:        9:02 a.m. - 9:44 a.m.
PLACE:       Grand Rapids, Michigan
JUDGE:       Hon. Janet T. Neff

**UNITED STATES OF AMERICA v. OSKAR RENÉ POCH**

**APPEARANCES**

Assistant U.S. Attorney: Richard M. Rolwing and Patrick J. Murray
Defense Attorney: J. Terrance Dillon        ■ retained

**CONVICTION**

Plea of guilty to Count Six of the Superseding Indictment..

**SENTENCE**

**PROBATION:** One Year
**RESTITUTION:** $217,830.44
**FINE:** $100,000.00, Interest Waived
**SPECIAL ASSESSMENT:** $100.00
**COMMUNITY SERVICE:** 200 Hours

Plea Agreement Accepted?        ■ YES   ☐ NO
Govt's 5K1.1 Motion Granted?    ■ YES   ☐ NO
Appeal packet given to counsel for defendant   ■ YES   ☐ NO

Court Reporter: Kathy Anderson            Clerk: Chris Bockheim